IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICARDO LEONIDES-TORRES,

    Petitioner,

v.

FCI OXFORD'S WARDEN,

    Respondent.

ORDER

Case No. 24-cv-570-wmc

---

Petitioner Ricardo Leonides-Torres seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than September 5, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately February 13, 2024 through the date of the petition, August 13, 2024.

ORDER

IT IS ORDERED that:

    1.    Petitioner Ricardo Leonides-Torres may have until September 5, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.  If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before September 5, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 14th day of August, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge